IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALISON WHITE, on behalf of herself and all similarly situated individuals,<br><br>   Plaintiffs,<br><br>v.<br><br>INK PUBLISHING CORPORATION,<br><br>   Defendant. | Civil Action No.<br>1:15-cv-02632-TWT<br><br><br>JURY TRIAL DEMANDED |

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties have reached a mutually agreeable resolution of this matter and hereby stipulate to the dismissal of this case with *prejudice*. The parties further stipulate that neither party will be deemed a prevailing party and each party will bear his/its own attorneys' fees, expenses, and costs.

Respectfully submitted this 4th day of January, 2016

| **ALISON WHITE** | **INK PUBLISHING CORPORATION** |
|---|---|
| /s/*V. Severin Roberts* | /s/*Chad A. Shultz* |
| V. Severin Roberts | Chad A. Shultz |
| Georgia Bar No. 940504 | Georgia Bar No. 644440 |
| severin@bf-llp.com | cshultz@gordonrees.com |
| Amanda A. Farahany | Leslie K. Eason |
| Georgia Bar No. 646135 | Georgia Bar No. 100186 |

<table>
<tr><td>

amanda@bf-llp.com

**BARRETT & FARAHANY, LLP**
1100 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30309
(404) 214-0120

*Counsel for Plaintiff*

</td><td>

leason@gordonrees.com
Julia C. Glasgow
Georgia Bar No. 827438
jglasgow@gordonrees.com

**GORDON & REES LLP**
3455 Peachtree Road
Suite 1500
Atlanta, Georgia 30326
(404)869-9054

*Counsel for Defendant*

</td></tr>
</table>